THE STATE EX REL. OHIO DEPARTMENT OF ADMINISTRATIVE SERVICES, WESTERN RESERVE PSYCHIATRIC CENTER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO; MORRIS, APPELLEE.

[Cite as *State ex rel. Ohio Dept. of Adm. Serv., W. Res. Psychiatric Ctr. v. Indus. Comm.* (2000), 90 Ohio St.3d 191.]

(No. 00–574—Submitted September 12, 2000—Decided October 18, 2000.)

*Betty D. Montgomery,* Attorney General; *Lee M. Smith & Associates Co., L.P.A., Lee M. Smith* and *Greta M. Kearns,* for appellant.

*Sheerer & Pitts Co., L.P.A.,* and *Thomas R. Pitts,* for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.